IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-CR-00054 |
| | ) | CHIEF JUDGE HAYNES |
| EDWARD WAYNE HENRY | ) | |

## ORDER

Pursuant to Title 18, United States Code, Section 3161(h)(2), an Agreement for Pretrial Diversion was approved by the Court and entered on September 18, 2012 (Docket Entry No.15), wherein restitution in the amount of $47,363.00 was ordered to be paid by the defendant, Edward Wayne Henry, in monthly installments made payable to the U.S. District Court Clerk's Office ("Clerk's Office").

Based upon information provided in the Agreement, the victim in this case is the United States Department of Veterans Affairs ("VA"). Based upon information recently provided to the Clerk's Office by Special Agent Nate Landkammer of the VA Office of Inspector General, the address for restitution payments to the VA is as follows: Department of Veterans Affairs, DMC-389, P.O. Box 11930, St Paul, MN 55111-0930, and any payments should be referenced to No. 994084601790030B.

Accordingly, the Clerk's Office is hereby directed to disburse monies received from Defendant Henry to the victim United States Department of Veterans Affairs. At this time, Defendant Henry has paid $630.00 toward his restitution in this case, and the Clerk's Office is hereby directed to disburse such funds immediately to the victim. The restitution balance of $46,733.00 shall be disbursed periodically to the VA as additional funds are received.

IT IS SO ORDERED.

WILLIAM J. HAYNES, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

7-2-13